IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OTTER PRODUCTS, LLC and TREEFROG DEVELOPMENTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BIKE-PROS, et al., <br><br> Defendants. | Case No. 18-cv-07340 <br><br> **Judge John J. Tharp, Jr.** <br><br> **Magistrate Judge Michael T. Mason** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Otter Products, LLC ("OtterBox") and Treefrog Developments, Inc. ("Treefrog") (together, "Plaintiffs") hereby dismiss this action with prejudice against the following Defendants:

| Defendant Name | Line No. |
|---|---|
| icflowershop | 10 |
| markseller01 | 17 |
| prettymini16 | 20 |
| chineon | 37 |
| Fairlady | 44 |
| FY Trading | 48 |
| Holaa | 51 |
| kingslee | 55 |
| li5858 | 57 |
| Shenzhen Fashionorg Technology Co. Ltd | 65 |
| shenzhenzilong | 69 |
| Tiantianlegou (Shenzhen) Technology And Development Co. Ltd | 75 |
| Vogue home | 76 |

Dated this 13th day of June 2019.

Respectfully submitted,

/s/ Amy C. Ziegler
Amy C. Ziegler
Justin R. Gaudio
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law

*Counsel for Plaintiffs Otter Products, LLC and Treefrog Developments, Inc.*